IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TARA HUTCHISON, individually, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JAGUAR LAND ROVER NORTH § <br> AMERICA, LLC; AUTOLIV, INC.; § <br> KEY SAFETY SYSTEMS, INC. § <br> D/B/A JOYSON SAFETY SYSTEMS; § <br> and VEONEER US, INC. § <br> § <br> Defendants. § | Civil Action No.: 1:22-cv-01123 |

**DEFENDANT VEONEER US, LLC'S CORPORATE DISCLOSURE STATEMENT**

Defendant Veoneer US, LLC (f/k/a Veoneer US, Inc.) ("Veoneer US") files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Veoneer US, LLC is a wholly-owned subsidiary of Veoneer US HoldCo, LLC. Veoneer US HoldCo, LLC is a wholly-owned subsidiary of Veoneer HoldCo, LLC. There is no publicly held corporation that owns 10% or more of Veoneer US, LLC.

Respectfully submitted,

By: */s/ Jack E. Little, Jr.*
Jack E. Little, Jr.
State Bar No. 12420010
jack.little@wtllaw.com
Philip R. McDaniel
State Bar No. 24060249
philip.mcdaniel@wtllaw.com
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas 77063

1

Ph. (713) 244-0800<br>
Fax. (713) 244-0801

**ATTORNEYS FOR DEFENDANT VEONEER US, LLC (F/K/A VEONEER US, INC.)**

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing was filed with the United States District Court for the Western District of Texas by electronic case filing/case management and that a copy of the same was served on all counsel of record by electronic notification on December 21, 2022.

*/s/ Jack E. Little, Jr.*
Jack E. Little, Jr.