# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

TARA HUTCHISON

      Plaintiff,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC; and KEY SAFETY SYSTEMS, INC. D/B/A JOYSON SAFETY SYSTEMS,

      Defendants.

Case No.: 1:22-cv-01123

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), and on the stipulation of the parties (Dkt. # 25), Defendant Key Safety Systems, Inc. d/b/a Joyson Safety Systems is hereby dismissed without prejudice and without costs to any party.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, August 28, 2023.

_____
David Alan Ezra
Senior United States District Judge