UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TARA HUTCHISON, INDIVIDUALLY | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:22-CV-01123 |
| | § | JURY TRIAL DEMANDED |
| JAGUAR LAND ROVER NORTH AMERICA, LLC; AUTOLIV ASP, INC.; KEY SAFETY SYSTEMS; AND ROBERT BOSCH, LLC, | § § § § | |
| Defendants. | § § § | |

## ORDER OF DISMISSAL

On this day the Court considered the Joint Stipulation of Dismissal by and between Plaintiff, Tara Hutchison, and Defendant, Jaguar Land Rover North America LLC. It is therefore

**ORDERED** that pursuant to the stipulation filed by and between Plaintiff, Tara Hutchison, and Defendant, Jaguar Land Rover North America LLC, Plaintiff's claims against Jaguar Land Rover North America LLC are hereby **dismissed with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1), with costs taxed against the parties incurring same. **The Clerk is instructed to close the case.**

Signed this 17th day of January, 2024.

_____
David Alan Ezra
Senior United States District Judge